7-7-19

Dear clerk,

I have not received process receipt and return from the district court, after defendant name was changed from "Cannon to Canning", I'm sending the actual of the docket text, and the process receipt that was void; until correction was made; I have since resubmitted to another marshall form.

Willy Frazier

RECEIVED
USDC CLERK, FLORENCE, SC
2019 JUL 11  AM 10: 19

LEGAL
FRAZIER-219272